# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARCELIA SOLORIO, | Case No. 1:14-cv-01284-LJO-BAM |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AS MOOT |
| FRESNO COUNTY DEPARTMENT OF BEHAVIORAL HEALTH SERVICES, *et al.*, | (Doc. 23) |
| Defendants. | |

On October 17, 2014, this civil rights action was dismissed. (Doc. 16). On October 31, 2014, Plaintiff Garcelia Solorio, appearing pro se and in forma pauperis, filed a Notice of Appeal. (Doc. 19). Subsequently, on November 10, 2014, she filed a motion to proceed in forma pauperis on appeal. (Doc. 23).

Plaintiff was proceeding in forma pauperis in this court and therefore, her motion for leave to proceed in forma pauperis on appeal is HEREBY ORDERED DENIED as moot. Fed. R. App. P. 24(a)(3).

IT IS SO ORDERED.

Dated: **November 13, 2014**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE